# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 11-cr-00442-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALFRED HUDSON,

    Defendant.

---

## MINUTE ORDER[1]

---

On December 14, 2012, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

    1. That on **February 21, 2013**, commencing at 11:00 a.m., the court shall conduct the sentencing hearing in this matter;

    2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this sentencing hearing; and

    3. That the telephonic setting conference set for January 4, 2013, is **VACATED**.

    Dated: December 14, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.